IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORP., | ) |
| | ) Civil Action No. 08 - 281 |
| v. | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| COHEN & GRIGSBY, PC., | ) |

ORDER

Pursuant to the request of the parties, the above matter **IT IS HEREBY ORDERED** this 1st day of May, 2009, that the above matter is **STAYED**. The clerk of court is directed to administratively close this matter. It can be reopened at any time at the request of any party. Westport Insurance Corporation is to be given reasonable notice under the circumstances of any scheduled mediation by Cohen and Grigsby, P.C. This notice requirement does not in any way affect or alter the rights of the insured under the policy in question.

Lisa Pupo Lenihan
United States Magistrate Judge